Case 2:17-cv-00055   Document 10   Filed on 03/16/17 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRANDIE MALDANADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00055 |
| | § | |
| REPUBLIC SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to Plaintiff's Notice of Rule 41 Dismissal (D.E. 9), the Court enters final judgment dismissing this action without prejudice.

ORDERED this 16th day of March, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE